UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MELVIN RAYMOND BILLIOT                        CIVIL ACTION

VERSUS                                        NUMBER: 12-00648

CORRECT CARE HEALTH OF                        SECTION: "I"(5)
MED. AREA AT J.P.C.C., ET AL.

O R D E R

The Court, having considered the complaint, the record, the
applicable law, the Magistrate Judge's Report and Recommendation,
and the objection by plaintiff, Melvin Raymond Billiot, which is
hereby **OVERRULED**, approves the Magistrate Judge's Report and
Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed pursuant to
28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this ___4th___ day of April, 2012.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE